# Third District Court of Appeal

## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2156
Lower Tribunal No. F72-722882

_____

**Raymond Bradley,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Raymond Bradley, in proper person.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. See Nugent v. State, 338 So. 3d 459 (Fla. 2d DCA 2022),

review denied, SC22-777, 2022 WL 17076108 (Fla. Nov. 18, 2022).